**FILED**
MAY 25 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05CR126-A |
| | ) | [18 USC 922(j)] |
| | ) | |
| BRETT THESIUS CONN | ) | INDICTMENT |

The Grand Jury Charges:

### COUNT 1

On or about November 2, 2004, in Randolph County, Alabama, within the Middle District of Alabama,

BRETT THESIUS CONN,

defendant herein, knowingly received, possessed, stored and concealed a stolen firearm, to wit: a Remington, Mohawk 48, 12 gauge shotgun, serial number 5290176, which had been shipped and transported in interstate or foreign commerce, knowing and having reasonable cause to believe that the firearm was stolen. All in violation of Title 18, United States Code, Section 922(j).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
TOMMIE BROWN HARDWICK
Assistant United States Attorney