AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

Brett Thesius Conn
1040 County Road 699
Roanoke, AL 36274

**WARRANT FOR ARREST**

Case    3:05c126-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    <u>Brett Thesius Conn</u>
                                                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| x Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with    (brief description of offense)

Possession of a Stolen Firearm (1 ct)

in violation of Title    ____18USC____    United States Code, Section(s)  922 (j)

DEBRA P. HACKETT
Name of Issuing Officer

CLERK
Title of Issuing Officer - CLERK

BY: _[signature]_
Signature of Issuing Officer

May 27, 2005 - Montgomery, AL
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |