IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v | ) | CR. NO. 3:05CR126-A |
| | ) | |
| BRETT THESIUS CONN | ) | |
| | ) | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, __Brett Conn__, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

June 3, 2005
_____
DATE

_Brett Conn_ (signature)
_____
DEFENDANT

June 3, 2005
_____
DATE

(signature)
_____
ATTORNEY FOR DEFENDANT