**COURTROOM DEPUTY'S MINUTES** — MIDDLE DISTRICT OF ALABAMA

- ☑ **INITIAL APPEARANCE**         DATE: 6-3-2005
- ☐ BOND HEARING
- ☐ DETENTION HEARING            Digital Recording 4:34 to 4:52 pm
- ☐ PRELIMINARY (EXAMINATION) (HEARING)
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT

PRESIDING MAG. JUDGE: DRB         DEPUTY CLERK: sql
CASE NO.: 3:05CR126-A              DEFT. NAME: Brett Thesius CONN
AUSA: Hardwick                     DEFT. ATTY: Puzoni
                                    Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (CDO)
                                    Appt.
PTSO: Thweatt
USPO:

Defendant ___ does ✓ does NOT need an interpreter
Interpreter present ✓ NO ___ YES   Name: ___

- ☑ Date of Arrest 6-2-05 or ☐ Arrest Rule 40
- ☑ Deft. First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator
- ☑ Deft. First Appearance with Counsel
- ☐ Deft. First Appearance without Counsel
- ☐ Requests appointed Counsel
- ☑ Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ ORDER appointing Community Defender Organization
- ☐ Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained ___
- ☐ Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
     ☐ Government's WRITTEN motion for Detention Hearing filed
- ☐ Detention Hearing ☐ held; ☐ set for ___ at ___
- ☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ ORDER OF DETENTION PENDING TRIAL entered
- ☑ Release order entered. Deft advised of conditions of release
- ☑ BOND EXECUTED (M/D AL charges) $25,000. Deft released
- ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ Bond not executed. Deft to remain in Marshal's custody
- ☐ Deft. ORDERED REMOVED to originating district
- ☐ Waiver of ☐ preliminary hearing; ☐ Waiver of Rule 40 Hearing
- ☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☑ ARRAIGNMENT ☑ HELD. Plea of NOT GUILTY entered. ☐ Set for ___
     DISCOVERY DISCLOSURE DATE: 6-3-05
- ☐ NOTICE to retained Criminal Defense Attorney handed to counsel
- ☐ Identity/Removal Hearing set for ___
- ☐ Waiver of Speedy Trial Act Rights executed