IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05cr126-A |
| | ) | |
| BRETT THESIUS CONN | ) | |

MOTION TO CORRECT TYPOGRAPHICAL ERROR

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and moves to correct the name of the above-referenced defendant. The defendant's name was incorrectly typed in the Indictment and should be changed to Thesius Brett Conn.

The change to be made is administrative in nature only and does not effect the substantive counts against the defendant.

Respectfully submitted this 7th day of June, 2005.

                LEURA GARRETT CANARY
                UNITED STATES ATTORNEY

                /s/Tommie Brown Hardwick
                TOMMIE BROWN HARDWICK
                Assistant United States Attorney
                One Court Square, Suite 201
                Montgomery, AL 36104
                Phone: (334) 223-7280
                FAX: (334) 223-7135
                E-mail: tommie.hardwick@usdoj.gov
                ASB-4152 W86T