IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05-CR-0126-A |
| | ) | |
| | ) | |
| THESIUS BRETT CONN | ) | |

## ORDER ON MOTION

Upon consideration of the United States' *Motion to Correct Typographical Error* (Doc. 11, filed June 7, 2005), and pursuant to the defendant's sworn testimony as to his correct name – stated in open court at his arraignment in response to an inquiry from the Court – it is

**ORDERED** that the *Motion* is **GRANTED**.

Accordingly, the Clerk of the Court is INSTRUCTED to change the name of the defendant in the Indictment and elsewhere on the record *from* Brett Thesius Conn *to* Thesius Brett Conn.

Done this 10th day of June, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE