**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 3:05-cr-126-A** |
| | ) | |
| **THESIUS BRETT CONN** | ) | |

**UNOPPOSED MOTION TO WITHDRAW
AND MOTION FOR APPOINTMENT OF COUNSEL**

COMES NOW the undersigned counsel, Christine A. Freeman, and files this Motion to Withdraw as Counsel and Motion for Appointment of Counsel. A conflict of interest has been discovered which requires counsel to withdraw from further representation of Mr. Conn, in that the present indictment arises out of the same facts alleged in a separate one-defendant indictment against another client of the Federal Defender's office.

In addition, undersigned respectfully requests that substitute counsel be appointed for Mr. Conn. CJA panel attorney, Michael Petersen, has agreed to accept appointment of Mr. Conn.

**WHEREFORE**, undersigned counsel respectfully requests an order relieving him as counsel of record and appointing CJA Panel Attorney, Michael Petersen, as counsel for Defendant.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Tommie B. Hardwick, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org