IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 3:05-cr-0126-A |
| | ) | |
| | ) | |
| THESIUS BRETT CONN | ) | |
| | ) | |

## NOTICE OF ACCEPTANCE OF
## APPOINTMENT AS SUBSTITUTE COUNSEL

**COMES NOW,** Michael J. Petersen, Attorney at Law, and accepts his appointment, pursuant to the Criminal Justice Act, to represent Thesius Brett Conn in the above-styled matter as substitute counsel for Christine A. Freemen, Esq. who has petitioned to withdraw as counsel due to a conflict of interest, and files this his notice of appearance as Counsel for the Defendant, Thesius Brett Conn, and requests any and all pleadings and court notices be forwarded to him in this matter at the address listed below.

**RESPECTFULLY SUBMITTED** this the 14th day of June 2005.

s/Michael J. Petersen
MICHAEL J. PETERSEN
Alabama Bar No.: ASB-5072-E48M
Attorney for Thesius Brett Conn
Petersen Law Office, LLC.
631 South Perry Street
Montgomery, AL 36104
Telephone: (334) 269-1506
Fax: (334) 269-1505
E-mail: mich248@bellsouth.net

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CASE NO: 3:05-cr-0126-A |
| ) | |
| ) | |
| THESIUS BRETT CONN  ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following upon the Hon. Tommie B. Hardwick, Assistant United States Attorney, One Court Square, Suite 201 PO Box 197, Montgomery AL 36101-0197.

s/Michael J. Petersen
Michael J. Petersen
Alabama Bar No.: ASB-5072-E48M
Attorney for Howard Eugene Brookshire, Jr.
Petersen Law Office, LLC.
631 South Perry Street
Montgomery, AL 36104
Telephone: (334) 269-1506
Fax: (334) 269-1505
E-mail: mich248@bellsouth.net