IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05-CR-00126-A |
| | ) | |
| THESIUS BRETT CONN | ) | |

**ORDER ON MOTIONS**

Upon consideration of the *Unopposed Motion to Withdraw and Motion for Appointment of Counsel* filed by Federal Defender Christine A. Freeman (Doc. 14, June 13, 2005), and the *Notice of Acceptance of Appointment as Substitute Counsel* filed by Michael J. Petersen, Esq., (Doc. 15, June 14, 2005) it is

**ORDERED** that the *Motions* are **GRANTED**. Accordingly, the Clerk is directed to remove Federal Defender Christine A. Freeman as counsel of record, and to designate instead, Michael J. Petersen, Esq., as the defendant's counsel of record.

Done this 15th day of June, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE