IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO: 3:05-cr-0126-A |
| ) | |
| ) | |
| THESIUS BRETT CONN ) | |
| ) | |

## MOTION TO RESET PRE-TRIAL STATUS CONFERENCE

**COMES NOW,** Michael J. Petersen, Attorney at Law, and moves this Honorable Court to graciously reset the pre-trial status conference previously set for August 8, 2005 at 11:00 am at this Honorable Court's convenience, and for reason would state the following to wit:

1. Counsel for the Defendant offers his abject, sincere apology for having failed to attend the scheduled status conference.

2. Counsel for the Defendant has no excuse for his failure to be present.

WHEREFORE, premises considered, Counsel for the Defendant prays this Honorable Court to reset the status conference in the instant matter at this Honorable Court's convenience, and prays this Honorable Court will accept his sincere apology for having wasted this Honorable Court's time this morning.

**RESPECTFULLY SUBMITTED** this the 8th day of August 2005.

s/Michael J. Petersen
MICHAEL J. PETERSEN
Alabama Bar No.: ASB-5072-E48M
Attorney for Thesius Brett Conn

Petersen Law Office, LLC.
631 South Perry Street
Montgomery, AL 36104
Telephone: (334) 269-1506
Fax: (334) 269-1505
E-mail: mich248@bellsouth.net

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.              ) | CASE NO: 3:05-cr-0126-A |
| ) | |
| ) | |
| THESIUS BRETT CONN  ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following upon the Hon. Tommie B. Hardwick, Assistant United States Attorney, One Court Square, Suite 201 PO Box 197, Montgomery AL 36101-0197.

s/Michael J. Petersen
Michael J. Petersen
Alabama Bar No.: ASB-5072-E48M
Attorney for Howard Eugene Brookshire, Jr.
Petersen Law Office, LLC.
631 South Perry Street
Montgomery, AL 36104
Telephone: (334) 269-1506
Fax: (334) 269-1505
E-mail: mich248@bellsouth.net