**COURTROOM DEPUTY'S MINUTES**         **DATE:** 8/8/05

**MIDDLE DISTRICT OF ALABAMA**        **Digital Recording:** 11:11 – 11:16

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Delores R. Boyd     **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 1:05cr126-T     **DEFENDANT(S):** Thesius Brett Conn

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Brown Hardwick | | Michael Petersen |
| | | Kevin Butler (Stand In) |

☐ **DISCOVERY STATUS:**

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:** Likely Plea

☐ **TRIAL STATUS** 11/7/05 Trial Term

1 Day for Trial

☐ **REMARKS:** Order to Show Cause to be issued by Court if Michael Peterson is attorney of Record.