IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION


UNITED STATES OF AMERICA         )
                                 )
v.                               )        3:05-CR-0126-A
                                 )
                                 )
THESIUS BRETT CONN               )


### ORDER ON MOTION

Upon consideration of the Defendant's *Motion to Reset Pre-Trial Status Conference*

(Doc. 18, filed August 8, 2005), it is

ORDERED that the motion is **GRANTED**.


Done this 9th day of August, 2005.


/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE