IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05-CR-0126-A |
| | ) | |
| | ) | |
| THESIUS BRETT  CONN | ) | |

**O R D E R**

For good cause, it is

**ORDERED** that the scheduled pretrial conference on August 8, 2005 is continued to **11:15 a.m. on August 11, 2005,** in District Courtroom 4A .

Done this 9th day of August, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE