**COURTROOM DEPUTY'S MINUTES**

**DATE:** 8/11/05

**MIDDLE DISTRICT OF ALABAMA**

**Digital Recording: FTR: 11:15- 11:19**

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. DELORES R. BOYD**

**DEPUTY CLERK: Wanda A. Robinson**

**CASE NUMBER: 3:05cr126**

**DEFENDANT(S):Thesius Brett Conn**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Tommie Brown Hardwick | * | Micahel J. Petersen |
| | | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**     **No Problems**

☐ **PENDING MOTION STATUS:**     **NONE**

☐ **PLEA STATUS:**     **Actively Negotiating**

☐ **TRIAL STATUS**     **1 Day**
**12/5/05**

☐ **REMARKS:**