IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 3:05-CR-126-A |
| | ) | |
| THESIUS BRETT CONN | ) | |

## **ORDER**

For good cause, it is **ORDERED** that a supplemental pretrial conference is set at **11:00 a.m.** on **October 17, 2005**, before the undersigned in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, Alabama 36104.

Done this 27th day of September, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE