## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern    ☐ Southern    ☐ Eastern

| | |
|---|---|
| HON. Delores R. Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 10-17-2005 | @ 11:08 ☒ a.m. ☐ p.m |
| DATE COMPLETED 10-17-2005 | @ 11:09 ☒ a.m. ☐ p.m |

CASE NO. 3:05CR126-A

UNITED STATES OF AMERICA           THESIUS BRETT CONN

vs.

Plaintiff(s)                      Defendant(s)

**APPEARANCES**

Plaintiff(s)/Government           Defendant(s)
Hardwick                          Michael Petersen

**COURT OFFICIALS PRESENT:**

Ctrm Clerk: S. Q. Long, Jr.       Crt Rptr: _____
Law Clerk: _____                  Interpreter: _____
USPO/USPTS: _____                 Other: _____

**PROCEEDINGS:**

☐ Motion Hearing: _____
☐ Status Conference     ☐ Oral Argument          ☐ Evidentiary Hrg.
☐ Revocation            ☐ Scheduling Conf.       ☐ Show Cause
☐ Settlement Conference ☐ Telephone Conf.        ☐ Sentencing
☐ Non-Jury Trial        ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other _____

☒ **Pretrial Conference**

Pending Motions: _____
Discovery Status: _____          Plea Status: Prob.
Trial Status/Length: _____       Trial Term: _____