IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 3:05-cr-0126-A |
| | ) | |
| | ) | |
| THESIUS BRETT CONN | ) | |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD AND FOR APPOINTMENT OF CJA PANEL ATTORNEY

**COMES NOW** the undersigned counsel, Michael J. Petersen, and files this Motion to Withdraw as Counsel of Record and for Appointment of CJA Panel Attorney on behalf of the defendant, Thesius Brett Conn. In support of this Motion, Counsel states the following:

1. On October 31, 2005, undersigned Counsel received written confirmation that he would commence employment with Federal Defender Program, Inc. as an Assistant Federal Defender in the Middle District of Alabama on November 15, 2005 and as a result will no longer be in the private practice of law; and

2. Undersigned counsel has contacted the Federal Defender office and has been advised that a conflict of interest exists between that office and the defendant; and

3. Undersigned counsel requests on behalf of the defendant that CJA Panel Attorney Maryanne Prince be appointed to represent him in all further proceedings in this matter. Thesius Brett Conn will not be prejudiced by a

change in counsel at this time.

**WHEREFORE**, undersigned counsel prays that Michael J. Petersen be permitted to withdraw from representation of Thesius Brett Conn and CJA Panel attorney Maryanne Prince be appointed to represent him.

**RESPECTFULLY SUBMITTED** this the 9th day of November 2005.

> s/Michael J. Petersen
> MICHAEL J. PETERSEN
> Alabama Bar No.:  ASB-5072-E48M
> Attorney for Thesius Brett Conn
> Petersen Law Office, LLC.
> 631 South Perry Street
> Montgomery, AL 36104
> Telephone: (334) 269-1506
> Fax: (334) 269-1505
> E-mail: mich248@bellsouth.net

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CASE NO: 3:05-cr-0126-A** |
| ) | |
| ) | |
| **THESIUS BRETT CONN** ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following upon the Hon. Tommie B. Hardwick, Assistant United States Attorney, One Court Square, Suite 201 PO Box 197, Montgomery AL 36101-0197.

s/Michael J. Petersen
Michael J. Petersen
Alabama Bar No.: ASB-5072-E48M
Attorney for Thesius Brett Conn
Petersen Law Office, LLC.
631 South Perry Street
Montgomery, AL 36104
Telephone: (334) 269-1506
Fax: (334) 269-1505
E-mail: mich248@bellsouth.net