# United States District Court

for

# Middle District of Alabama

## Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Brett Thesius Conn                              Case Number: 3:05CR126-A

Name of Releasing Judicial Officer: The Honorable Delores R. Boyd, U.S. Magistrate Judge

Date of Release: June 3, 2005

Original Offense: Knowingly received, possessed, stored, and concealed a stolen firearm.

Type of Release: $25,000 unsecured appearance bond with conditions of supervision

Date of Next Court Appearance: December 5, 2005 (Trial)

Conditions of Release: Not commit any new offenses; Immediately advise the court, defense counsel and the U.S. attorney of any change in address and telephone number; Appear at all proceedings as required and surrender for service of any sentence imposed; Report to pretrial services as directed; Maintain or actively seek verifiable employment; No firearms; No excessive alcohol use; Drug testing and/or treatment; Report law enforcement contact to supervising officer; Not possess any type of drug paraphernalia;

Assistant U.S. Attorney: Tommie Brown Hardwick          Defense Attorney: Michael J. Petersen

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition #1: "The defendant shall not commit any offense in violation of federal, state or local law while on release in this case." | On September 27, 2005, Brett Thesius Conn was arrested by the Randolph County Sheriffs Office on a warrant charging him with Harassment. The charge stems from Conn allegedly harassing a 16 year old female named Jessica Haynes on September 25, 2005. The warrant was signed by the victims mother, Cyndi Haynes.<br><br>On October 21, 2005, Conn was found guilty of the harassment charge in Randolph County District Court and ordered to serve 90 days hard labor. |

Supervision history of defendant and actions taken by officer:

Since being released on bond supervision the defendant has resided with his mother at a residence in Randolph County. On July 14, 2005, the defendant was verbally reprimanded and warned of the consequences of drug use after he admitted to smoking marijuana on or about July 4, 2005. He denied the need for any treatment at that time.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be:
      [X]   revoked.

[ ]   The conditions of supervision should be modified as follows:

Respectfully submitted,

by   *James C. Chappell*
James C. Chappell
U.S. Probation Officer
Date: November 9, 2005

Reviewed and approved: _____
Supervising U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____
Date