IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05-CR-00126-A |
| | ) | |
| THESIUS BRETT CONN | ) | |

**ORDER ON MOTION**

Upon consideration of the *Motion to Withdraw as Counsel of Record and for Appointment of CJA Panel Attorney* filed by Michael J. Petersen, Esq. (Doc. 26, November 9, 2005), it is

**ORDERED** that the *Motion* is **GRANTED**. Accordingly, the Clerk is directed to remove Michael J. Petersen as counsel of record, and to designate instead, CJA Panel Attorney Maryanne Prince, as the defendant's counsel of record.

Done this 10th day of November, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE