## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 3:05-CR-126-A** |
| | ) | |
| | ) | |
| **THESIUS BRETT CONN,** | ) | |

### NOTICE OF APPEARANCE OF COUNSEL


**COMES NOW,** Maryanne M. Prince, CJA Panel Attorney, and hereby gives notice of her appearance in the above referenced case on behalf of Defendant THESIUS BRETT CONN and she requests that all notices, pleadings, motions and correspondence in this case are to be served upon her.

Respectfully submitted this 16th day of November, 2005.


/s/  Maryanne  M.  Prince
MARYANNE PRINCE (MEL007)
Attorney for Defendant


ADDRESS OF COUNSEL:

631 S. Perry Street
Montgomery, AL 36104
Phone: 334-262-1006
Fax: 334-262-1066
maprince@knology.net

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing by Hand Delivery or by CM/ECF email electronic service on this the 16th day of November, 2005 to the following:

Tommie Hardwick, AUSA
U. S. Attorney's Office
P. O. Box 197
Montgomery, AL 36102-197

/s/ Maryanne M. Prince
Maryanne M. Prince (MEL007)