IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-cr-126-A |
| | ) | |
| BRETT THESIUS CONN. | ) | |

### MOTION TO CONTINUE TRIAL

The DEFENDANT, Brett Thesius Conn, by and through counsel, respectfully moves for a continuance of the trial of this matter, presently scheduled for December 5, 2005. In support of this motion, counsel will show:

1.  On November 10, 2005, the undersigned counsel was appointed to represent Defendant Conn in the above styled case.

2.  On November 16, 2005, counsel received the file from the Defendant's previous counsel.

3.  Counsel has had a brief discussion with Conn's previous counsel and has conferred with counsel for the Government concerning the status of this case and ongoing plea negotiations. Counsel for the Government has not expressed an objection to a continuance to allow newly appointed counsel sufficient time to familiarize herself with the case and possible plea negotiations.

4.  Neither party will be prejudiced by such a delay.

5.  While, requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11 Cir. 1984), *reh'g denied* 749 F.2d th 733, *cert. denied*, 471 U.S. 1100 (1985),  Mr. Conn feels that, in this case, the ends of justice

will be served by allowing the defense adequate time to review all potentially relevant information and to consult further with the Government.

6.     Mr. Conn is presently incarcerated in the Randolph County Jail, where he has been for several months. He has no objection to the requested continuance. Counsel will be traveling to the Randolph County Jail next week to meet with Mr. Conn and obtain and his speedy trial waiver .

Wherefore, Defendant Brett Thesius Conn, respectfully requests the Court continue this matter for the reasons stated herein.

Respectfully submitted 17th day of November, 2005.

/s/ Maryanne M. Prince
MARYANNE PRINCE
(ASB-6515-E39M)
Attorney for Defendant

ADDRESS OF COUNSEL:

631 S. Perry Street
Montgomery, AL 36104
Phone: 334-262-1006
Fax: 334-262-1066
maprince@knology.net

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing by Hand Delivery or by CM/ECF email electronic service on this the 17th day of November, 2005 to the following:

Tommie Hardwick, AUSA  
U. S. Attorney's Office  
P. O. Box 197  
Montgomery, AL 36102-197

                      /s/ Maryanne M. Prince  
                      Maryanne M. Prince (MEL007)