IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05cr126-A |
| | ) | |
| THESIUS BRETT CONN | ) | |

O R D E R

Upon consideration of the *Motion for Writ of Habeas Corpus ad prosequendum*, filed on November 22, 2005, by the United States (Doc. 34), and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted. It is, therefore, **ORDERED** that the Clerk of this Court be and he is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Randolph County Jail, Wedowee, Alabama, commanding him to deliver the said Thesius Brett Conn, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court to be held at Montgomery, Alabama, on December 28, 2005, at 10:00 a.m. and to return said prisoner to said official when the Court shall have finished with him.

DONE this the 23rd day of November, 2005.


/s/ Delores R. Boyd
UNITED STATES MAGISTRATE JUDGE