IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 3:05-cr-126-A |
| ) | |
| BRETT THESIUS CONN.    ) | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

The undersigned Brett Thesius Conn, states that he is the same Brett Thesius Conn charged in Case No. 3:05-cr-126-A, I do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161, et seq. to the March 20, 2006 trial term. I certify to the court that I am waiving these rights knowingly, voluntarily and intelligently after receiving a full and complete explanation of my rights give to me by my attorney.

Respectfully submitted 28 day of November, 2005.

_____
Brett Thesius Conn
Defendant

_____
MARYANNE M. PRINCE (ASB-6515-E39M)
Attorney for Defendant

ADDRESS OF COUNSEL:
631 South. Perry Street
Montgomery, Alabama 36104
Phone: (334)-262-1006
FAX: (334)-262-1066

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing of this Waiver upon the following, by Electornic Mail Delivery CM/ECF or placing same in an addressed, postage prepaid envelope and deposited with the U.S. Post Office on the 23 day of November, 2005.

Hon. Tommie Hardwick, AUSA
U. S. Attorney's Office
P. O. Box 197
Montgomery, Alabama 36102-0197

MARYANNE M. PRINCE (MEL007)
Attorney for Defendant