IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 3:05cr126-A |
| THESIUS BRETT CONN | ) | |

## ORDER

This case is before the court on the Motion to Continue Trial (Doc. #33), filed by the Defendant on November 17, 2005. The Defendant filed a Waiver of Speedy Trial Rights on November 23, 2005, and the United States has no objection. The court finds that, for the reason that newly appointed defense counsel is in need of additional time to adequately prepare the defense, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Accordingly, it is hereby ORDERED as follows:

1. The Motion to Continue Trial is GRANTED.

2. The trial of this case is CONTINUED to the term of court commencing March 20, 2006.

DONE this 28th day of November, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE