IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CR. NO. 3:05CR126-A** |
| | ) | |
| **THESIUS BRETT CONN** | ) | |

### GOVERNMENT'S MOTION TO WITHDRAW MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully requests the Court dismiss Government's Motion for Writ of Habeas Corpus Ad Prosequendum previously filed on November 22, 2005. A warrant has been issued for violation of Defendant's pre-trial bond. A detainer has been placed by the U.S. Marshals Service and the warrant will be executed upon defendant's release from Randolph County Jail.

Respectfully submitted this the 29th day of November, 2005.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 3:05CR126-A |
| | ) |
| THESIUS BRETT CONN | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Maryanne Melko Prince, Esq.

    Respectfully submitted,

    /s/Tommie Brown Hardwick
    TOMMIE BROWN HARDWICK
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: tommie.hardwick@usdoj.gov