IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 3:05-CR-126-A |
| | ) | |
| THESIUS BRETT CONN | ) | |

**ORDER ON MOTION**

Pursuant to the *Government's Motion to Withdraw Motion for Writ of Habeas Corpus Ad Prosequendum* (Doc. 38, filed November 29, 2005), it is, for good cause,

**ORDERED** that the motion is **GRANTED**. Accordingly, the Clerk is instructed to Vacate the Order filed November 23, 2005 (Doc. 35), and terminate the withdrawn *Motion for Writ of Habeas Corpus Ad Prosequendum* filed November 22, 2005 (Doc. 34).

Done this 2nd day of December, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE