IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-CR-126-A |
| | ) | |
| | ) | |
| THESIUS BRETT CONN, | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

Defendant, Thesius Brett Conn , by and through counsel, respectfully gives notice to the Court of her Intent to Enter a Plea pursuant to Federal Rules of Criminal Procedure 11(c)(1)(C). Defendant consents to have her change of plea taken by a Magistrate Judge.

Respectfully submitted this 15th day of March, 2006.

      /s/ Maryanne M. Prince
      MARYANNE M. PRINCE (MEL007)
      ASB-6515-E39M
      Attorney for Defendant

ADDRESS OF COUNSEL:
631 South. Perry Street
Montgomery, Alabama 36104
Phone: (334)-262-1006
FAX:   (334)-262-1066

## CERTIFICATE OF SERVICE

 I hereby certify that I have served a copy of the foregoing of this Motion upon the following, by Electronically Filing same and which notice is service is perfected by electronic mail or by hand delivery or placing same in an addressed, postage prepaid envelope and deposited with the U.S. Post Office on this the 15th day of March, 2006.

Hon. Tommie Hardwick, AUSA
U. S. Attorney's Office
P. O. Box 197
Montgomery, Alabama 36102-0197

              /s/ Maryanne M. Prince
              MARYANNE M. PRINCE (MEL007)
              Attorney for Defendant