IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 3:05-CR-126-WHA |
| | ) | |
| THESIUS BRETT CONN | ) | |

**ORDER SETTING CHANGE OF PLEA**

Pursuant to the Defendant's *Notice of Intent to Change Plea* (Doc. 41, filed March 16, 2006), it is hereby

**ORDERED** that this case be set for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure on **Monday, March 20, 2006, at 11:30 a.m.**, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 17th day of March, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE