IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 3:05-CR-126-WHA |
| | ) | |
| THESIUS BRETT CONN | ) | |

## ORDER

For good cause, it is

**ORDERED** that this case is **re-set** for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure from March 20, 2006 at 11:30 a.m. to **Wednesday, March 22, 2006, at 10:00 a.m.**, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 20th day of March, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE