IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 3:05cr126-WHA |
| | ) | |
| THESIUS BRETT CONN | ) | |

MOTION TO DISMISS INDICTMENT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to Dismiss the Indictment, heretofore filed in the above-styled cause to Thesius Brett Conn, on the following grounds, to wit: In the interest of justice.

Respectfully submitted this the 20th day of March, 2006.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 3:05cr126-WHA |
| | ) | |
| THESIUS BRETT CONN | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Maryanne Prince, Esq.

        Respectfully submitted,

        /s/Tommie Brown Hardwick
        TOMMIE BROWN HARDWICK
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334) 223-7280
        FAX: (334) 223-7135
        E-mail: tommie.hardwick@usdoj.gov