IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05-CR-0126-A |
| | ) | |
| | ) | |
| BRETT THESIUS CONN | ) | |

## ORDER ON MOTION

For good cause arising from dismissal of the indictment pursuant to the *Motion* of the United States (Docs. 44 and 45), it is

**ORDERED** that the Motion filed November 9, 2005, for revocation of the defendant's pretrial release supervision (Doc. 27) is DENIED AS MOOT.

Done this 21st day of March, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE